No. 02–8565.  JACKSON v. ROBINSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–8566.  KNIGHTON v. MULLIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 02–8567.  FAISON v. JEFFERSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 02–8569.  NEWBOLD v. SASSER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 02–8570.  RISNER v. SAFFLE, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 02–8572.  PAVELETZ v. PNC BANK, NATIONAL ASSN., SUCCESSOR BY MERGER TO FIRST EASTERN BANK.  C. A. 3d Cir. Certiorari denied.

No. 02–8574.  KOK v. WARNER BROS. ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–8577.  PURDY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8579.  GIEGLER v. JAMROG, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–8584.  HARRIS v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–8592.  WHITTLESEY v. CONROY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–8601.  RIOS SALINAS v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 02–8603.  NAVA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–8604.  REDMOND v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 02–8607.  WHITE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.